FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN L. CHRISTEN,<br><br>Defendant. | No. 1:19-PO-08066-MKD-1<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS COUNT ONE OF THE INFORMATION WITHOUT PREJUDICE AND GRANTING MOTION TO EXPEDITE<br><br>**ECF Nos. 9, 10** |

Before the Court are the United States' Motion to Dismiss Count One of the Information Without Prejudice (ECF No. 9) pursuant to Fed. R. Crim. P. 48(a) and Motion to Expedite (ECF No. 10). For the reasons set forth in the motions;

IT IS HEREBY ORDERED:

1. The Motion to Expedite (ECF No. 10) is GRANTED.

2. The Motion to Dismiss Count One of the Information Without Prejudice (ECF No. 9) is GRANTED.

ORDER - 1

3. Count One of the Information shall be DISMISSED WITHOUT PREJUDICE.

4. The District Court executive is directed to file this order and provide copies to counsel.

DATED June 3, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2